**RECEIVED**

JUN 2 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Michael Baldwin Jr.
(2015-0911053)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart I.C.
John Doe I.C. & O.C.
Jane Doe I.C. & O.C.
Sgt. Ms. McCoy I.C.
C.O. Mr. Anderson I.C.
C.O. Mr. Wilczek I.C.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

16c 6691
Judge Milton I. Shadur
Magistrate Judge Jeffrey Cole
PC 8

Case
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:   **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____   **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Michael Baldwin Jr.

   B. List all aliases: N/A

   C. Prisoner identification number: 2015-0911053

   D. Place of present confinement: Cook County Dept. of Corrections

   E. Address: P.O. Box 089002 - Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart, Individual Capacity.
      Title: Sheriff
      Place of Employment: Cook County Dept. of Corrections

   B. Defendant: John Doe Individual Capacity & Official Capacity
      Title: Cermak Medical Director
      Place of Employment: CCDOC

   C. Defendant: Jane Doe, I.C. & O.C.
      Title: Medical Assistant
      Place of Employment: CCDOC Division 6

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Cont. →

I. **Plaintiff(s):**
   A. Name: Michael Baldwin Jr.
   B. List all aliases: N/A
   C. Prisoner identification number: 2015-0911053
   D. Place of present confinement: Cook County DOC
   E. Address: P.O. Box 089002 - Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Ms. McCoy, Individual Capacity.
      Title: Sgt. Correctional Officer
      Place of Employment: CCDOC

   B. Defendant: Mr. Anderson, Individual Capacity.
      Title: Correctional Officers
      Place of Employment: CCDOC ~~Mr. Wilczek Individual Capacity.~~

   C. Defendant: Mr. Wilczek, I.C.
      Title: Correctional Officer
      Place of Employment: CCDOC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5-13-2016, 6:00pm thru 9:30pm. I Michael Baldwin Jr. (2015-0911053) was a pretrial detainee at the Cook County Dept. of Corrections. My location was segregation Division 6 - Unit 1N-Cell 17. I was confined in my cell when another detainee assaulted me with feces, urine, spoiled milk, Magic Shave, bleach, and Pickle juice which was stated by detainee after the attack for bragging rights. The stated liquids/bodily fluids came in contact with my face, eyes, mouth, throat, and entire body. Which began to burn Immediately. I began to have an asthma attack and was vomiting. I was so physically Ill that I went into shock for hours afterward. My vision is damaged because of this violent incident. I also suffered a sore throat, burnt skin, permanent boils, worms, and suicide attempt hunger strikes. Correctional Officers Mr. Anderson & Mr. Wilczek were suppose to be on duty and observing the unit and conducting 30 minute rounds for safety procedures. Upon being found after hours of screaming and crying for help Sgt. Ms. McCoy, C.O. Mr. Anderson,

4

Revised 9/2007

and C.O. Mr. Wilczek arrived to my cell and stated to me: "the reason we took so long because your cellmate is a trouble maker and we wanted to make him suffer, you just happen to be there." They all (3) failed to protect me and showed and proved evil intent. I began to beg for them (3) to give me medical attention, Protective custody, Mental Health Care and the right to file criminal charges. They denied me medical attention, due process, and failure to protect. Finally, Sgt. Ms. McCoy stated "the nurse is leaving and you won't be seen by a doctor. I was sent back to my cell and denied medical attention again by Jane Doe Cermak medical assistant in Division 6 dispensary, on above. (Sheriff) Thomas Dart is the active director above C.O.'s and Cermak medical staff of CCDOC. And are being held accountable for their actions. And instructed employees to carry out his orders which happened to me. John Doe Cermak medical Director of Cook County Dept. of Corrections is being held accountable for jane doe Cermak medical Assistant actions which she denied me medical attention applying orders she was taught upon being hired. I have not reiceved no relief and I exhuasted my remedies.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for the court to bring each defendant to court making each defendant add up the sum of $2.5 million dollars for violating my rights, permanent injuries, future medical care, and mental health disabilities. I'm asking for Nominal damages, Compensatory and Punitive damages. I'm asking for injunction for medical staff to follow doctors orders and for staff to stop denying detainees medical attention.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 10, 20 16

Michael Baldwin Jr.

(Signature of plaintiff or plaintiffs)

Michael Baldwin Jr.
(Print name)

2015-0911053
(I.D. Number) P.O. Box 089002

Chicago, IL 60608

(Address)

6

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

1 of 2

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016-4229
**INMATE ID #:** 618376

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME:** Baldwin
**PRINT - FIRST NAME:** Michael
**INMATE BOOKING NUMBER:** 2015-0911053
**DIVISION:** 2
**LIVING UNIT:** Div 2 Dorm 2-T 1N-Cell 17
**DATE:** 5-13-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT:** 5-13-2016
**TIME OF INCIDENT:** 6pm thru 9:30pm
**SPECIFIC LOCATION OF INCIDENT:** Div. 6 - 1N - Cell 17

On above date approx. time I was assaulted with feces, urine, and spoiled milk, By an Inmate in Cell 06 in stated location It got in my mouth and all over my skin I was denied medical attention by staff and medical staff. I was exposed to some unknown. And all my property was destroyed and thrown away.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I'm requesting Compensation due to my Constitutional rights of being denied medical attention and I request to have this Control number. And I request to have my clothing restored to me shower shoes, Towels, Boxers T-shirts

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Inmate General Ware
SGT. Ms. McCoy, C.O Anderson, and C.O. Wilczek

**INMATE SIGNATURE AND DATE:** Michael Baldwin 5-13-16

**CRW/PLATOON COUNSELOR (Print):** Kapadu
**SIGNATURE:** ✓
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 05-17-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

[X] GRIEVANCE  [ ] NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016-4229

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| Baldwin | Michael | 20150911053 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** IID - Inmate-on-Inmate

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):** CRW informed command staff of said incident. CIID Notified

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Div 6 Supt

**DATE REFERRED:** 05/17/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** [illegible handwriting] ... Baldwin was transferred to [illegible]

**DATE:** __/14/16

**SUPERINTENDENT / DIRECTOR / DESIGNEE:** [signature] DIV 6 DATE: __/19/16

**INMATE SIGNATURE:** X Michael Baldwin

**DATE RESPONSE WAS RECEIVED:** 05/20/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 5/20/16

**INMATE'S BASIS FOR AN APPEAL:** I'm requesting the name of the inmate that assaulted me. I also want to make sure that charges be placed upon that person. And I need the name of officers involved. And I want them recieve a discipline write up.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes [ ]  No [X]

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to Stand - Inmate may file a legal Request for info. via the CCSO Legal Dept.

**ADMINISTRATOR / DESIGNEE:** J Mueller

**DATE:** 5/23/16

**INMATE SIGNATURE:** X Michael Baldwin 5-25-16

**DATE INMATE RECEIVED APPEAL RESPONSE:** 05/25/16

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

2 of 2

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016-4229
**INMATE ID #:** 618376

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): Baldwin
**PRINT - FIRST NAME** (Primer Nombre): Michael
**INMATE BOOKING NUMBER** (# de identificación del detenido): 20150911053
**DIVISION** (División): 2-D2
**LIVING UNIT** (Unidad): T
**DATE** (Fecha): 5-13-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** (Fecha Del Incidente): 5-13-16
**TIME OF INCIDENT** (Hora Del Incidente): 6pm thru 9:30pm
**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico Del Incidente): Division 6 - 1N - Cell 17

On above date and times I was not asked if I wanted to press charges on the person who assaulted me or was I videotaped to confirm # I want to press charges but the officers are trying to cover it up.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

I want to press charges on the guy that assaulted me ASAP and All the names of the people who are involved. control #.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:)
Sgt. McCoy, C.O Anderson and C.O Wilczek  Inmate General Ware

**INMATE SIGNATURE AND DATE:** (Firma del Preso/Fecha): Michael Baldwin 5-13-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** Kapadia
**SIGNATURE:** K
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 05.17.16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)  (**WHITE COPY** – INMATE SERVICES)  (**YELLOW COPY** – CRW/PLATOON COUNSELOR)  (**PINK COPY** – INMATE)